# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 20-1896

———————————————

United States of America

*Plaintiff - Appellee*

v.

Ambrose Rayshawn Spires, also known as Ambrose Spries

*Defendant - Appellant*

——————————

Appeal from United States District Court
for the Southern District of Iowa - Eastern

——————————

Submitted: November 19, 2020
Filed: November 24, 2020
[Unpublished]

——————————

Before ERICKSON, WOLLMAN, and STRAS, Circuit Judges.

——————————

PER CURIAM.

After considering a number of factors, the district court[1] reduced Ambrose Spires's life sentence to 360 months in prison under the First Step Act. *See* Pub. L.

———————————

[1]The Honorable John A. Jarvey, Chief Judge, United States District Court for the Southern District of Iowa.

No. 115-391, 132 Stat. 5194 (2018). Though he challenges the decision on a host of grounds, we affirm.

We conclude that the district court did not abuse its discretion when it declined to reduce Spires's sentence even further, *see United States v. Harris*, 960 F.3d 1103, 1106 (8th Cir. 2020) (articulating the standard of review), or when it denied his motion for reconsideration, *see United States v. King*, 854 F.3d 433, 443 (8th Cir. 2017) (same). Nor is a motion like this one the proper way to open a collateral attack on his original sentence. *See United States v. Moore*, 963 F.3d 725, 728 (8th Cir. 2020) (explaining how motions under the First Step Act are different from "original, plenary sentencing" proceedings); *see also United States v. Denson*, 963 F.3d 1080, 1089 (11th Cir. 2020) (refusing to entertain this type of attack).

We accordingly affirm the judgment of the district court and grant counsel permission to withdraw.

_____